

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2015

No. 04-15-00427-CV

**CRAWFORD MEDICAL SUPPLIES, LLC**, Sam Maddali, Prem Swaroop Kalidindi, and
Maddali Realty, LLC,
Appellants

v.

**HUNTLEIGH HOME MEDICAL, LTD.** and Jane Elizabeth Flores,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00404
Honorable Michael E. Mery, Judge Presiding

## O R D E R

The Appellee's Unopposed Motion for Extension of Time to File Brief is GRANTED.
The appellee's brief is due on September 26, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 14th day of September, 2015.

Keith E. Hottle
Clerk of Court